United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ST. ANTON MULTIFAMILY, INC.,

         Plaintiff,

    v.

DEMI MAYHEW, et al.,

         Defendants.

Case No. 16-cv-03249 NC

**ORDER RE: CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; INFORMATION FOR PRO SE LITIGANTS**

Re: Dkt. No. 1

      Representing themselves, defendants Demi Mayhew and Armando Galvan filed a notice of removal of this eviction action from Santa Clara Superior Court and applications to proceed in forma pauperis.  Dkt. Nos. 1, 2, 4.

      Both parties must either consent to or decline the jurisdiction of a U.S. magistrate judge under 28 U.S.C. § 636.  A form is attached to make this decision.  They are asked to file this form within 14 days.

      Also attached is a letter providing guidance to additional resources the Court provides pro se litigants.

      **IT IS SO ORDERED.**

Dated:  June 14, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-03249 NC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ST. ANTON MULTIFAMILY, INC.,

           Plaintiff,

    v.

DEMI MAYHEW, et al.,

           Defendants.

Case No.  16-cv-03249 NC

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

INSTRUCTIONS: Please indicate below by checking one of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( )  **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

       OR

( )  **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:

NAME:
COUNSEL FOR:
(OR "PRO SE:)

_____

Signature

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

SUSAN Y. SOONG                                                      GENERAL COURT NUMBER
CLERK OF COURT                                                              408-535-5363

To:    Pro Se Litigant
Re:    Representing Yourself Before This Court

Dear Pro Se Litigant:

     If you are representing yourself in federal court without representation by an attorney, that is called proceeding "pro se."  The court has free resources to help you find your way through the court system and procedures. The Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to pro se litigants in federal civil cases.  The Federal Pro Se Program is available by appointment and on a drop-in basis.  The Federal Pro Se Program is available at Room 2070 in the San Jose United States Courthouse (Monday to Thursday 1:00 – 4:00 pm, on Friday by appointment only), and The Law Foundation of Silicon Valley, 152 N. 3rd Street, 3rd Floor, San Jose, CA (Monday to Thursday 9:00 am –12:00 pm, on Friday by appointment only), or by calling (408) 297-1480.

     There are also online resources available on the court's webpage. The Pro Se Handbook, found at http://www.cand.uscourts.gov/prosehandbook, has a downloadable version of the court's own publication: *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*.  Pay special attention to the **Civil Litigation Packets** tab on the left, which provides useful fillable forms. The Pro Se Handbook website also has a link to the Court's Electronic Case Filing (ECF) website.

*Susan Y. Soong*

Susan Y. Soong

Clerk, United States District Court

United States District Court
Northern District of California